IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:12cv559**

| | | |
|---|---|---|
| CATAWBA RIVERKEEPER FOUNDATION and CLEAN AIR CAROLINA, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER** |
| NORTH CAROLINA DEPARTMENT OF TRANSPORTATION, EUGENE CONTI, SECRETARY, NCDOT, FEDERAL HIGHWAY ADMINISTRATION, JOHN F. SULLIVAN, DIVISION ADMINISTRATOR, FHWA, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

     **THIS MATTER IS BEFORE THE COURT** on its own motion.   After reviewing the above captioned case, the undersigned hereby recuses himself from this case.

     **IT IS THEREFORE ORDERED** that this case be re-assigned to another District Judge.

     **IT IS SO ORDERED**.

Signed: September 10, 2012

Graham C. Mullen
United States District Judge