IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:12cv559**

| | |
|---|---|
| CATAWBA RIVERKEEPER FOUNDATION and CLEAN AIR CAROLINA, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) **ORDER**<br>) |
| NORTH CAROLINA DEPARTMENT OF TRANSPORTATION, EUGENE CONTI, SECRETARY, NCDOT, FEDERAL HIGHWAY ADMINISTRATION, JOHN F. SULLIVAN, DIVISION ADMINISTRATOR, FHWA, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on its own motion. After reviewing the above captioned case, the undersigned hereby recuses himself from this case.

**IT IS THEREFORE ORDERED** that this case be re-assigned to another District Judge.

**IT IS SO ORDERED**.

Signed: September 10, 2012

Graham C. Mullen
United States District Judge